No. 245. KNIPP ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Carolyn E. Agger* and *Julius M. Greisman* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Stull* and *Robert N. Anderson* for respondent.

No. 246. INTER-STATE TRUCK LINE, INC., *v.* EMILY SHOPS, INC. Court of Appeals of New York. Certiorari denied. *John M. Aherne* for petitioner. *Charles T. Weintraub* for respondent.

No. 248. FURNISH *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Murray M. Chotiner* and *Russell E. Parsons* for petitioner. *Edmund G. Brown,* Attorney General of California, and *Howard Seymour Goldin* and *James L. Mamakos,* Deputy Attorneys General, for respondents.

No. 253. MILLER ET AL. *v.* JENNINGS ET AL. C. A. 5th Cir. Certiorari denied. *J. A. Rauhut* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton* and *Roger P. Marquis* for the United States et al., and *Eugene T. Edwards* for the El Paso County Water Improvement District No. 1 et al., respondents. *Will Wilson,* Attorney General, *James N. Ludlum,* First Assistant Attorney General, and *Houghton Brownlee, Jr.* and *James W. Wilson,* Assistant Attorneys General, filed a brief for the State of Texas, as *amicus curiae,* urging that the writ of certiorari be granted.